

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2021

No. 04-21-00194-CR

Chance **WATSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7426
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

    The clerk's record in this case was originally due July 26, 2021. We granted the district clerk's first request for an extension of time to file the record, extending the deadline until August 26, 2021. On August 27, 2021, the district clerk filed a second notification of late record, requesting an additional extension of time until September 13, 2021. After consideration, we **GRANT** the request and **ORDER** the district clerk to file the clerk's record **by September 13, 2021**.

_____
Beth Watkins, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court